JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JODIE JEAN FREDERICK, | ) | Case No. ED CV 12-02125-DFM |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: September 27, 2013

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge